People v Ciancanelli (2025 NY Slip Op 05817)

People v Ciancanelli

2025 NY Slip Op 05817

Decided on October 22, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 22, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
COLLEEN D. DUFFY
BETSY BARROS
CHERYL E. CHAMBERS, JJ.

2017-00008
 (Ind. No. 62/16)

[*1]The People of the State of New York, respondent,
v
Patrick H. Ciancanelli, appellant.

Patrick H. Ciancanelli, Stormville, NY, appellant pro se.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 18, 2019 (People v Ciancanelli, 175 AD3d 1421), affirming a judgment of the County Court, Dutchess County, rendered December 9, 2016.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., DUFFY, BARROS and CHAMBERS, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court